**Tommy NUNLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 97580.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 20, 2012.

Gwenda Reneé Robinson, District Defender, Saint Louis, MO, for Appellant.

Chris Koster, Attorney General, Gregory L. Barnes, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Tommy Nunley appeals the judgment denying his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).